

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donald Felix<br><br>**Plaintiff,**<br><br>V.<br><br>David Clayton, D Facility Medical Treatment Provider; S. Gates, HCS Service; Dr. S. Roberts, Chairman Executive Officer HCS; R. Barenchi, Chief Medical Officer HCS; Raymond Madden, Warden; Dr. Shakiba; Does 2 to 20, Treatment Providers.<br>**Defendant.** | Civil Action No. 22-cv-00559-GPC-KSC<br><br>**JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES this civil action in its entirety without further leave to amend based on Plaintiff's failure to state a claim upon which relief can be granted and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The case is hereby closed.

Date: 9/12/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Olsen
J. Olsen, Deputy